IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


**JUNE NURSE and CAVARAH NURSE,**

    **Plaintiffs,**

vs.                                       Case No. 4:05cv59-WS/WCS

**ST. JOHN ST. JAMES INCORPORATED,**

    **Defendant.**

_____/


## REPORT AND RECOMMENDATION

    Plaintiffs, proceeding *pro se*, filed a civil complaint, doc. 1, and a motion for leave to proceed *in forma pauperis*, doc. 3. Ruling on the *in forma pauperis* motion was deferred, doc. 5, in part because Plaintiffs submitted the financial affidavit on the incorrect form. Plaintiffs have filed an amended affidavit, doc. 9, and another *in forma pauperis* motion, doc. 8. Ruling on the amended affidavit and successive motion will remain deferred as it is apparent that this action should be transferred. Thereafter, the receiving court should have the opportunity to rule on the motion.

    Plaintiffs reside in Boston, Massachusetts, doc. 9, and have now clarified that the events about which they complain in this case took place in Boston at the Defendant's

place of business. Docs. 6, 7. Because Boston is not located within the jurisdiction of this Court, the proper forum for this action pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 101 is in the United States District Court for the State of Massachusetts, Boston Division. There are no allegations showing any connection to this judicial district.

A federal district court has the authority under 28 U.S.C. § 1406(a) to transfer a case to another district or division "in which it could have been brought." The court may raise the issue of defective venue *sua sponte*, and although there is no need to give the parties an opportunity to respond prior to transfer, should Plaintiffs object they are permitted to file objections as instructed below.

In light of the foregoing, and pursuant to 28 U.S.C. §§ 1404(a) and 1406(a), the undersigned respectfully **RECOMMENDS** transfer of this action to the United States District Court for Massachusetts, Boston Division, for all further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on April 22, 2005.


　　　s/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.