IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JUNE NURSE and CAVARAH NURSE,

      Plaintiffs,

v.                                                          4:05cv59-WS

ST. JOHN ST. JAMES INCORPORATED,

      Defendant.

_____

## ORDER DIRECTING TRANSFER OF CASE

Before the court is the magistrate judge's report and recommendation docketed April 22, 2005.  See Doc. 10.  The magistrate judge recommends that the action be transferred to the District Court for Massachusetts, Boston Division.  The plaintiffs have filed objections to the report and recommendation.  Doc. 11.

Upon review of the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 10) is adopted

and incorporated by reference in this order of the court.

2.  The clerk shall TRANSFER this action to the United States District Court for the District of Massachusetts, Boston Division, for all further proceedings.

DONE AND ORDERED this May 17, 2005.

        /s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE